IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHERRY L. WEISHEIT, | ) <br> ) <br> ) |
| Plaintiffs, | ) |
| v. | )   Case No. 1:17-cv-00823-JKB |
| ROSENBERG & ASSOCIATES, LLC, et al. | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## MOTION TO DISMISS

Defendant Rosenberg & Associates ("Rosenberg"), through counsel, hereby moves to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted. For the reasons stated in the accompanying memorandum of law, which is incorporated by reference, this Court must dismiss Plaintiff's Complaint pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure.

Wherefore, Rosenberg respectfully requests that this Court grant its motion and enter an order dismissing Plaintiff's Amended Complaint with prejudice.

Respectfully Submitted,

ROSENBERG & ASSOCIATES, LLC

/s/ Sara Tussey_____
Mark D. Meyer (Fed Bar No. 15070)
Sara Tussey (Fed Bar No. 14037)
Rosenberg & Associates, LLC
4340 East West Highway Suite 600
Bethesda, MD 20814
(301) 907-8000/ fax (301)-907-8101
Mark.Meyer@rosenberg-assoc.com
Sara.Tussey@rosenberg-assoc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed electronically via CM/ECF this 25th day of August, 2017, and the following was served electronically via CM/ECF:

F. Peter Silva II, Esq.
Gowen Rhoades Winograd & Silva PLLC
513 Capitol Ct. NE, Ste. 100
Washington, DC 20002
*Counsel for Plaintiff*

Edward W. Chang, Esq.
Blank Rome LLP
1825 Eye Street
Washington, DC 20006
*Counsel for Bayview Loan Servicing*

/s/ Sara Tussey_____
Mark D. Meyer (Fed Bar No. 15070)
Sara Tussey (Fed Bar No. 14037)
Rosenberg & Associates, LLC
4340 East West Highway Suite 600
Bethesda, MD 20814
(301) 907-8000/ fax (301)-907-8101
Mark.Meyer@rosenberg-assoc.com
Sara.Tussey@rosenberg-assoc.com