# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| SHERRY L. WEISHEIT, on behalf of herself and all others similarly situated, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-0823 |
| ROSENBERG & ASSOCIATES, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On April 20, 2018, this Court issued a memorandum and order indefinitely postponing the discovery deadline set forth in the Court's prior scheduling order (ECF No. 35), and explaining that "[a]fter the Court has resolved Plaintiff's motion to amend her complaint, the Court will set in a scheduling conference to determine the appropriate time for a new discovery deadline." (ECF No. 56, 3.) The Court granted Plaintiff's motion to amend her complaint on April 25 (*see* ECF No. 58), and Plaintiff's newly filed second amended complaint has added class action allegations (ECF No. 59). The Defendants answered that amended complaint on May 9 (*see* ECF Nos. 60-61). Accordingly, the Court will **set in a teleconference for May 23, 2018 at 9:45 a.m.** to discuss new deadlines to be set in this case. Counsel for Plaintiff shall arrange for and initiate the call. The parties SHALL SUBMIT a joint proposed amended scheduling order by May 22, 2018, and indicate whether discovery is needed for class action certification or whether any such discovery should proceed simultaneously with merits discovery. The parties should also indicate their preference(s) for the timing of briefing and

resolution of class action certification in relation to resolution of the case's substantive merits. Thus, the proposed schedule—to the extent the parties can agree—should include all relevant deadlines other than trial scheduling. The parties are encouraged to use the previous scheduling order in this case (ECF No. 35) as a template.

DATED this 9th day of May, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge